**Margaret ALEXANDER**

v.

**Alan PEASE.**

Supreme Judicial Court of Maine.

Submitted on Briefs June 7, 1988.

Decided July 13, 1988.

Margaret Alexander, Waldoboro, pro se.

James Tierney, Atty. Gen., Christopher C. Leighton, Asst. Atty. Gen., Augusta, for defendant.

Before McKUSICK, C.J., and WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Margaret Alexander appeals from an order of the Superior Court (Lincoln County) dismissing her petition, which she captioned as being in "Mandamus," in which she sought a Superior Court order that the defendant, a District Court judge, recuse himself from her underlying action in the District Court. Because the judge's decision not to recuse himself is a discretionary act and not a ministerial one, the judge's decision is not an appropriate subject of review by mandamus, *Ray v. Town of Camden,* 533 A.2d 912, 913–14 (Me.1987), and therefore the Superior Court correctly dismissed Alexander's petition.

The entry is:

Judgment affirmed.

All concurring.